IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03272-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CLIFFORD SCHUETT,

    Plaintiff,

v.

USA,

    Defendant.

---

ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Plaintiff, Clifford Schuett, currently is incarcerated at the Southern Correctional Center in Pahrump, Nevada.  He submitted *pro se* a "Motion for a Protection Order (Imminent Danger)" (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this court in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)

(8)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)  _X_   other: instead of submitting the motion and affidavit, plaintiff may pay the $400 filing fee in advance.

**Complaint, Petition or Application**:
(10) ___   is not submitted
(11) _X_   is not on proper form
(12) ___   is missing an original signature by the prisoner
(13) ___   is missing page nos. ___
(14) ___   uses et al. instead of listing all parties in caption
(15) ___   names in caption do not match names in text
(16) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) _X_   other: Plaintiff's handwriting is not legible.  The complaint, whether handwritten or typed, must be legible, double-spaced, and written in capital and lower case letters in compliance with Rule 10.1 of the Local Rules of Practice for this Court.

Accordingly, it is

ORDERED that Plaintiff, Clifford Schuett, cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use that form in curing the designated deficiencies and filing his complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action may be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 2, 2014, at Denver, Colorado.

BY THE COURT:


s/ Gordon P. Gallagher
United States Magistrate Judge